**DOMENICK J. PORCO**
Attorney At Law
108 Brook Street
Scarsdale, New York 10583
(914) 725-6000



Fax No.: (914) 725-8114

BY FAX TRANSMISSION

July 24, 2007

Honorable George A. Yanthis
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

Re: U.S.A. vs. Lennie Nurse, Jr.
~~07 M.1039~~ 07 CR 672

Dear Judge Yanthis,

On June 28, 2007 Your Honor appointed me as CJA counsel for the above-named defendant. Today I was informed by Assistant United States Attorney Antonia Apps that an indictment has been presented and that the defendant is to be arraigned before the Magistrate Judge in Manhattan on Friday, July 27, 2007. Apparently, the case will be prosecuted in Manhattan. A copy of Ms. Apps' letter to me and of the indictment is faxed herewith.

I will be unable to appear for the arraignment on the indictment, as I will be away. More importantly, however, as a single practitioner with a busy litigation practice here in Westchester County I would prefer not to have CJA assignments in Manhattan. Accordingly, I respectfully request that I be relieved as Mr. Nurse's counsel and that new counsel be appointed for him on July 27th.

Respectfully yours,

DOMENICK J. PORCO
DJP/af

cc. (By fax): Antonia M. Apps, AUSA
(212-637-2[?])

SO ORDERED:

/s/ George A. Yanthis  7/25/07
Hon. George A. Yanthis
United States Magistrate Judge.

*Application granted. Attorney Porco is relieved from any further representation of defendant. The Clerk is directed to take necessary steps to have CJA counsel from Foley Square panel appointed for said July 27th, 2007 arraignment.*

/faxed 7/25/07