**Criminal Memo to the Docket Clerk**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

-------------------------------------------------X

UNITED STATES OF AMERICA

– VS –    07 CR 00672- 06  (RJH)

LENNIE A. NURSE, Jr.

-------------------------------------------------X

FOR THE GOVERNMENT :
ANTONIA M. APPS
ASST. U. S. ATTORNEY
ONE ST. ANDREWS PLAZA
NEW YORK , N.Y. 10007
TEL: (212) 637- 2198
FAX: (212) 637- 2527

FOR THE DEFENDANT :  NURSE
NANCY ENNIS
QUIJANO & ENNIS
381 PARK AVENUE ( ste 701 )
NEW YORK , N.Y. 10016
TEL: (212) 686- 0666
FAX: (212) 545- 7514

FORMER COUNSEL :
DOMENICK J. PORKO
LAW OFFICE of DOMENICK J. PORCO
108 BROOK STREET
SCARSDALE, N.Y. 10583
TEL: ( 914 725- 6000 )
FAX: ( 914 725- 8114 )

********************************************************************************
********************************************************************************

09 / 13 / 07    SUBSTITUTION OF COUNSEL

The Court Orders the substitution of new counsel in the above case.

Present counsel Domenick J. Porco is relieved, and New CJA counsel Nancy Ennis is appointed as new counsel for the defendant.

SO ORDERED :
New York, New York
September 13, 2007

_____
Richard J. Holwell U.S.D.J.