## Documented Losses

**Exhibit One**
**Date:** 08/25/06
**Place:** Roosevelt Field Mall / Store number 524
**Time:** 20:21
**Transaction:** 9997
**Register:** 704

- Francis returned Two Tops and a Pair of Pants for a total of $874.43.
- Francis received a refund to her Debit card in the amount of $874.43. Account number 4159820003364488 was credited.
- The following items were returned:
  UPC[1]: 0883346184265    UII[2]: 060050623564
  UPC[1]: 0828156997186    UII[2]: 060050623572
  UPC[1]: 0883346241418    UII[2]: 060050623580

After investigating the return the following was discovered:
- This item was originally purchased at Store 524 Register 702, Transaction 699 on 08/22/2006 with a Mastercard credit card, account number ███████████ baring the name ███████████
- Nordstrom sustained a loss of $874.43.

**Evidence:**    XBR Reports

James Presland
Nordstrom Loss Prevention
EMP. 6885917

---

[1] UPC: identifies item and the vendor information for an item
[2] UII: Unique Item Identifier these combination of # identifies the merchandise with everything that occurred with the transactions, the UII is "married" to the item

02278



02273



02274

```
10/06/06        $.00         $.00         SITE:SD-CI   TM:LG-8200   ACID:SDPHE69
PMT DUE DATE  NEW BALANCE  MIN AMT DUE                 03/07/07              22:44:03:
```



```
                              CITI CARDS
                              PO BOX 183058
                              COLUMBUS, OH
                    NY        43218-3058
```



# Citi® Platinum Select® Card                                   citi®

Account Number ...5923

**Customer Service:**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $13650 | $0 | $3800 | $0 | $0.00 |
| Statement/Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | | Minimum Amount Due |
| 09/13/2006 | $0.00 + | $0.00 + | $0.00 = | | $0.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | | Amount |
|---|---|---|---|---|---|---|---|
| | 8/28 | 80991336 | Payments, Credits & Adjustments PAYMENT THANK YOU 70  0000                      0000 | | | | -240.00 00000000000 |
| | | | Standard Purch | | | | |
| 8/22 | 8/22 | 61J75F4G | DUANE READE #0467    Q04 ELMONT     61  A5912US              2222 | | | NY | 21.70 05444006235 |
| 8/22 | 8/22 | V3J75F4G | MACY'S EAST #053         GARDEN CITY  61  A5311US              2222 | | | NY | 100.00 05444736235 |
| 8/22 | 8/22 | X5J75F4G | MACY'S EAST #053         GARDEN CITY  61  A5311US              2222 | | | NY | 100.00 05444736235 |
| 8/22 | 8/22 | FKLC3R4N | DICK'S CLOTHING&SPORTI GARDEN CITY   61  A5655US              2222 | | | NY | 130.33 55548076235 |
| 8/22 | 8/22 | RDMZ8RL2 | TARGET         00012625 VALLEY STREAM 61  A5310US              2222 | | | NY | 141.99 05410196235 |
| 8/22 | 8/22 | TS6XD05G | WENDY'S #7808        Q25 GARDEN CITY  61  A5814US              2222 | | | NY | 13.32 05444006235 |
| 8/22 | 8/22 | LON26V30 | ABRAHAM, INC.        Q39 ROSEDALE     61  D5542US              2222 | | | NY | 18.07 55541866235 |
| 8/22 | 8/22 | BCHYGS30 | ECKERD DRUGS  #5592     ELMONT       61  B5912US              2222 | | | NY | 22.79 55541866235 |
| 8/22 | 8/22 | YGBYJP4G | CVS PHARMACY #0369 Q03 WEST HEMPSTEA 61  A5912US              2222 | | | NY | 63.50 05444006235 |
| 8/22 | 8/22 | 46F68WS6 | GAP #0715/THE            GARDEN CITY  61  A5999US              2222 | | | NY | 269.39 25411176235 |
| 8/22 | 8/22 | MRBYJP4G | NORDSTROM #0523          WHITE PLAINS 61  A5311US              2222 | | | NY | 322.14 05444006235 |
| 8/22 | 8/22 | 3514VVS6 | THE SOURCE #3635         WESTBURY     61  A5999US              2222 | | | NY | 402.00 25411176235 |
| 8/22 | 8/22 | SL25VVS6 | THE WESTCHESTER #4676  WHITE PLAINS  61  A5999US              2222 | | | NY | 402.00 25411176235 |
| 8/22 | 8/22 | 50CYJP4G | NORDSTROM-RACK #0529    WESTBURY      61  A5311US              2222 | | | NY | 502.44 05444006235 |
| 8/22 | 8/22 | T*2H84XQ | GOTHIC CABINET CRAFT   WEST HEMPSTEA 61  A5712US              2222 | | | NY | 509.45 55460296235 |
| 8/22 | 8/22 | HKBYJP4G | NORDSTROM #0523          WHITE PLAINS 61  A5311US              2222 | | | NY | 749.73 05444006235 |
| 8/22 | 8/22 | 8VBYJP4G | NORDSTROM #0524          GARDEN CITY  61  A5311US              2222 | | | NY | 972.19 05444006235 |
| 8/22 | 8/22 | WXBYJP4G | NORDSTROM #0524          GARDEN CITY  61  A5311US              2222 | | | NY | 1,122.10 05444006235 |
| 8/23 | 8/23 | G9L56V30 | ABRAHAM, INC.        Q39 ROSEDALE     61  D5542US              2222 | | | NY | 16.84 55541866236 |
| 8/23 | 8/23 | RC7JKGC8 | WALDENBOOKS   01018308 WESTBURY      61  B5942US              2222 | | | NY | 25.00 05410196236 |
| 8/23 | 8/23 | NWVVYNNB | AT THE CAR WASH         RODEDALE     61  A7542US              2222 | | | NY | 26.10 85500396236 |
| 8/23 | 8/23 | 7XX2PG04 | RED LOBSTER US00003749 VALLEY STREAM 61  B5812US              2222 | | | NY | 95.38 05410196236 |
| 8/23 | 8/23 | 3BY2PG04 | RED LOBSTER US00003749 VALLEY STREAM 61  B5812US              2222 | | | NY | 110.00 05410196236 |
| 8/23 | 8/23 | MV9*NL5G | NORDSTROM #0524          GARDEN CITY  61  A5311US              2222 | | | NY | 200.00 05444006236 |
| 8/23 | 8/23 | 5TJXKTV6 | ROOSEVELT FIELD MALL # GARDEN CITY   61  A5999US              2222 | | | NY | 202.00 25411176236 |

01442

ID PAYMENTS TO:

# NORDSTROM

## Roosevelt Field
630 Old Country Road
Garden City, NY 11530
(516) 746-0011

)re 524        Reg# 702        Tran# 699
.E        Rng# 4269692     Sel# 4269692


         0000000000-0        1122.10
*********6923 S


8/22/2006      08:25 PM

s purchase is to be charged to my account and I agree
>ay above total amount according to the terms of my
d holder agreement.

Store Copy

02279



02275



02276



| Date | Day | Time | Type | Category | Ref1 | Ref2 | Ref3 | Name | Rate | Amount | Amount2 | Card | Holder | Last4 | Type2 | Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/06 | Tuesday | 2054 | 529 | Customer Service | 1206 | 140 | 7322498 | Eskra, Stephanie | Hourly | 8.38 | ($593.51) | N | Debit Card | | | Y |
| 09/25/06 | Friday | 2021 | 524 | Return | Individualist | 704 | 9697 | 4853972 | Fedina, Raisa | Hourly | 6.77 | ($574.43) | N | Debit Card | CLAUDIA FRI | N/A | Mastercard | Y |
| 09/25/06 | Monday | 1819 | 524 | Return | Individualist | 702 | 830 | 4269692 | D'Alessio, Giovanna | Hourly | 7.35 | ($247.67) | N | Debit Card | CLAUDIA FRI | N/A | Mastercard | Y |
| 09/05/06 | Tuesday | 1830 | 529 | Return | Customer Service | 1201 | 1090 | 7428723 | Mcrae, Rore | Hourly | 3.52 | ($104.59) | N | Debit Card | CLAUDIA FRI | N/A | Mastercard | N |
| 09/05/06 | Tuesday | 1845 | 529 | Return | Customer Service | 1202 | 1576 | 7322469 | Eskra, Stephanie | Hourly | 7.87 | ($104.59) | N | Debit Card | CLAUDIA FRI | 4456 | Mastercard | Y |
| 09/13/06 | Wednesday | 1848 | 529 | Return | Customer Service | 1201 | 2747 | 6703755 | Gocan, Zohienn | Hourly | 7.12 | ($579.85) | N | Debit Card | CLAUDIA FRI | N/A | Discover | Y |

Statement period:  08/01/06 THRU  09/01/06      Account # 0000997493        Page 2 of 3

## FASTRACK CHECKING - S71

| Date | Transaction | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| Aug01 | PREVIOUS BALANCE | | | 10.51 |
| Aug01 | ATM FEE          NY18117734 | -0.50 | | 10.01 |
|  | ---> +CHASE VALLEY STREAM NY | | | |
| Jul31 | *VISA PURCHASE        *621324838 | -46.00 | | -35.99 |
|  | ---> EXXONMOBIL75 0474WESTBURY NY 5542 | | | |
| Aug02 | NEG BAL TRANSFER | | 22.31 | -13.68 |
| Aug25 | ATM DEP ACI       05240704 | | 874.43 | 860.75 |
|  | ---> *NORDSTROM GARDEN CITY NY | | | |
| Aug25 | ATM WD ACI        NY1811 | -801.50 | | 59.25 |
|  | ---> +CHASE VALLEY STREAM NY | | | |
| Aug26 | ATM FEE          M001439669 | -0.50 | | 58.75 |
|  | ---> +HSBC GARDEN CITY NY | | | |
| Aug26 | ATM FEE          NY18114339 | -0.50 | | 58.25 |
|  | ---> +CHASE VALLEY STREAM NY | | | |
| Aug26 | ATM FEE          NY18114340 | -1.00 | | 57.25 |
|  | ---> +CHASE VALLEY STREAM NY | | | |
| Aug28 | ATM DEP ACI       05240702 | | 247.67 | 304.92 |
|  | ---> *NORDSTROM GARDEN CITY NY | | | |
| Aug28 | ATM WD ACI       M0014301 | -281.75 | | 23.17 |
|  | ---> +HSBC GARDEN CITY NY | | | |
| Aug29 | ATM FEE          M001431102 | -0.50 | | 22.67 |
|  | ---> +HSBC GARDEN CITY NY | | | |
| Aug29 | ATM FEE          M001431104 | -1.00 | | 21.67 |
|  | ---> +HSBC GARDEN CITY NY | | | |
| Aug29 | *VISA PURCHASE        *624125720 | -20.85 | | 0.82 |
|  | ---> WALDBAUM'S #27284 VALLEY STREAMNY 5411 | | | |
| Sep01 | NEW BALANCE | | | 0.82 |

## SUMMARY FOR PERIOD

| Account | Beginning Balance | Deposits Payments | Disbursed Advances | Ending Balance | Dividends/Interest Paid For Period | For Year |
|---|---|---|---|---|---|---|
| SHARE  1 | 0.00 | 7.50 | 7.50 | 0.00 | 0.00 | 0.00 |
| SHARE 62 | 29.81 | 0.00 | 29.81 | 0.00 | 0.00 | 0.20 |
| SHARE 71 | 10.51 | 1,144.41 | 1,154.10 | 0.82 | 0.00 | 0.00 |

TOTAL DIVIDEND YTD:            0.20  TOTAL FINANCE CHARGE YTD FOR ALL LOANS:       0.00

Dividends shown, if over $10, will be reported to the IRS for this calendar year.

00601