UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/31/08
```

----------------------------------------------------------------x
                                                      :
UNITED STATES of AMERICA,                             :        07 Cr. 00672 - 00 (RJH)
                                                      :
                         Plaintiff,                   :
                                                      :
         -against-                                    :        **ORDER**
                                                      :
JHAMEL FRANCIS, et al,                                :
                                                      :
                                                      :
                         Defendant.                   :
                                                      :
----------------------------------------------------------------x

The pretrial conference scheduled for April 04, 2008 at 10:30 a.m. is **cancelled** .

A motion hearing is scheduled for April 08, 2008 and April 09, 2008, at 10:00 a.m.,

in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New

York, New York 10007.

Dated: New York, New York
March 31, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge