

Help • Speak up

| Manage your flights | Travel deals | Where we jet | TrueBlue® program |

HI, JHAMEL [if this is not you, click here]

* TrueBlue home
* TrueBlue Activity Details
* about TrueBlue
* TrueBlue terms & conditions
* JetBlue credit history
* preferences
* contact info
* login info
* book a flight
* request points
* log out

## CONFIRMED ITINERARY

Book date:     Tuesday, 20 May 08

Confirmation number:     **DDRVJ0**

Status:     **CONFIRMED**

You will need to provide this confirmation number and government issued I.D. at check-in to receive your boarding pass.

If traveling on an international flight please check international documentation requirements.

### DEPARTING FLIGHTS

#### From Newark, NJ (EWR) to Ft Lauderdale, FL (FLL)

Monday, 28 Jul 08     Flight 511     Depart Newark, NJ (EWR) at 3:40 PM and arrive in Ft Lauderdale, FL (FLL) at 6:38 PM

### RETURNING FLIGHTS

#### From Ft Lauderdale, FL (FLL) to Newark, NJ (EWR)

Monday, 04 Aug 08     Flight 506     Depart Ft Lauderdale, FL (FLL) at 1:20 PM and arrive in Newark, NJ (EWR) at 4:30 PM

### CONTACT INFORMATION

TRAVELOCITY
11603 CROSSWINDS WAY STE 125
SAN ANTONIO TX 78233
UNITED STATES

### PASSENGER INFORMATION

1 Passenger:
    Adult 1:    JHAMEL FRANCIS

### PRICING

Total for 1 Passenger
| | | |
|---|---|---|
| Fare price | $ | 193.48 USD |
| Taxes | $ | 35.52 USD |
| Total price | $ | 229.00 USD |

### PAYMENT

*Payment via Credit Card*
| | |
|---|---|
| Form of payment | Visa |
| Payment Status | CONFIRMED |
| Cardholder name | LORETTA FRANCIS |
| Card Number | XXXXXXXXXXXX3023 |
| Payment amount | $229.00 USD |

### SEATS GOING OUT

*Ex. 1*